## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re: Bonnie Powell            Chapter 13 No. 11-68697

                              Hon. Thomas J. Tucker

                 Debtor(s).
_____/

Bonnie Powell,

                Plaintiff(s),

                                       Adv. Pro. No. 11-07046

v.

JPMorgan Chase Bank, NA successor
By merger to Bank One, NA,

                Defendant(s)
_____/

### STIPULATION FOR ENTRY OF ORDER RESOLVING CREDITOR'S JPMORGAN CHASE BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO BANK ONE, NA's OBJECTION TO CONFIRMATION AND RESOLVING ADVERSARY PROCEEDING BY DETERMINING THE EXTENT OF THE SECOND LIEN

NOW COMES Defendant-Creditor JPMorgan Chase Bank, National Association successor by merger to Bank One, NA, by and through its attorneys Trott & Trott, P.C., with respect to the property located at 308 Glendale St, Highland Park, MI 48203-3213 along with the Debtor-Plaintiff(s), by and through their attorney:

IT IS HEREBY STIPULATED TO THE ENTRY OF AN ORDER WITH THE FOLLOWING TERMS:

1. Upon successful completion of the Debtor-Plaintiff's Chapter 13 Plan and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), the Defendant-Creditor's Mortgage dated July 1, 2004, and in the face amount of $48,750.00 on the Debtor-Plaintiffs' property commonly known as 308 Glendale St, Highland Park, MI 48203-3213 that is recorded at Liber 41011 Page 1479 with the Wayne County Register of Deeds shall be extinguished, terminated, and discharged.

The legal description of the property the Mortgage encumbers is as follows:

City of Highland park County of Wayne and State of Michigan, To-wit Lot 536 Donaldson Subdivision as recorded in Liber 25 Page 97 of Plats Wayne County Records

Parcel I.D. Number: 43011010536000

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY.
SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 642-5576

2. That the proof of claim of the Defendant-Creditor shall be treated as an allowed unsecured claim in the amount listed on the Creditor's Proof of Claim (claim number 2 on the court's claims register).

3. That in the event that the Debtor-Plaintiff's refinance the loan(s) on the subject property, or sells the subject property, prior to the completion of the Chapter 13 case and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), pursuant to § 11 U.S.C. §1325(a)(5)(B), the Debtor-Plaintiff(s) shall pay the entire balance due on the mortgage in full at closing.

4. That in the event that the case is converted or dismissed before completion of the plan and receipt of a Chapter 13 order of discharge under 11 U.S.C. §1328(a), pursuant to 11 U.S.C. §348(f)(1)(C) and 11 U.S.C. §349 Defendant-Creditor retains its security interest until the full amount of the claim as determined under applicable non-bankruptcy law is paid in full.

5. That in the event that the property is destroyed or damaged, that pursuant to the mortgage, Defendant-Creditor is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

6. That in the event the Defendant-Creditor, its successors or assigns, fails to execute and record documents that are required to release the Mortgage after successful completion of this Chapter 13 case, then Debtor-Plaintiff(s) may record the Order entered pursuant to this stipulation along with the Order of Chapter 13 Discharge.

**Approved:**

John A. Steinberger (P30812)
Attorney for Debtor-Plaintiff(s)
17515 W 9 Mile Rd Ste 420
Southfield, MI 48075-4402
Tx: 248-559-4055
Fax: 248-557-1653
Email: john@steinbergerlaw.com
erin C. Spnnger P72072

/S/ Shawn C. Drummond (P58471)
Attorney for JPMorgan Chase Bank,
National Association successor by merger to
Bank One, NA
31440 Northwestern Highway, Ste 200
Farmington Hills, MI 48334
Tx: (248) 642.2515
Fax: (248) 341-4607
Email: EasternECF@trottlaw.com

TROTT & TROTT, P.C.
31440 NORTHWESTERN HWY.
SUITE 200
FARMINGTON HILLS, MI 48334
PHONE (248) 642-2515
FACSIMILE (248) 642-5576